IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MARY A. CAMRON,** | ) | CASE NO. 8:12CV229 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER TO PROCEED** |
| | ) | **IN FORMA PAUPERIS** |
| **MICHAEL J. ASTRUE, as** | ) | |
| **Commissioner of the Social Security** | ) | |
| **Administration,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Plaintiff's affidavit and motion for leave to proceed in forma pauperis (Filing No. 2) filed through counsel. Based on a review of the application and affidavit, the Court finds that payment of any fees and the posting of any bond should be waived, and the Plaintiff should be permitted to proceed in forma pauperis. Accordingly,

IT IS ORDERED:

1.  The Plaintiff's motion for leave to proceed in forma pauperis (Filing No. 2) is granted, and payment of costs and fees is not required for the filing of the appeal;

2.  If requested to do so, the U.S. Marshal will serve process in this case without prepayment of fees. In making such a request, Plaintiff's counsel must complete the Marshal's Form 285, to be submitted to the Marshal with the completed summons forms and copies of the Complaint; and

3.  This order is entered without prejudice to the Court later entering an order taxing costs in this case. No one, including the Plaintiff, is relieved by this order from the obligation to pay or to reimburse taxable costs after the completion of this action.

DATED this 5th day of July, 2012.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge