IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
MARY A. CAMRON,                )
                               )
          Plaintiff,           )         8:12CV229
                               )
     v.                        )
                               )
MICHAEL J. ASTRUE,             )         ORDER
Commissioner of Social         )
Security Administration,       )
                               )
          Defendant.           )
_____)
```

This matter is before the Court on defendant's motion for extension of time (Filing No. 20).  The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED:

1) Defendant's motion is granted; defendant shall have until March 18, 2013, to respond to plaintiff's brief.

2) If plaintiff wishes to file a reply brief, she shall do so on or before April 1, 2013.

DATED this 15th day of February, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court