```
         IN THE UNITED STATES DISTRICT COURT FOR THE

                     DISTRICT OF NEBRASKA

MARY A. CAMRON,                )
                               )
              Plaintiff,       )          8:12CV229
                               )
       v.                      )
                               )
CAROLYN W. COLVIN,             )          ORDER
Acting Commissioner of Social  )
Security Administration,       )
                               )
              Defendant.       )
_____)
```

This matter is before the Court on defendant's second motion for extension of time (Filing No. 23). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1) Defendant's motion is granted; defendant shall have until April 17, 2013, to respond to plaintiff's brief.

2) If plaintiff wishes to file a reply brief, she shall do so on or before May 1, 2013.

DATED this 26th day of March, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court