IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
MARY A. CAMRON,                     )
                                    )
            Plaintiff,              )         8:12CV229
                                    )
       v.                           )
                                    )
CAROLYN W. COLVIN,                  )            ORDER
Acting Commissioner of Social       )
Security Administration,            )
                                    )
            Defendant.              )
_____)
```

This matter is before the Court on defendant's third motion for extension of time (Filing No. 25). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1) Defendant's motion is granted; defendant shall have until April 24, 2013, to respond to plaintiff's brief. No further extensions will be granted.

2) If plaintiff wishes to file a reply brief, she shall do so on or before May 10, 2013.

DATED this 22nd day of April, 2013.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court