IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
MARY CAMRON,                    )
                                )
            Plaintiff,          )           8:12CV229
                                )
     v.                         )
                                )
CAROLYN W. COLVIN, Acting       )           ORDER
Commissioner of the Social      )
Security Administration,        )
                                )
            Defendant.          )
_____)
```

This matter is before the Court on plaintiff's amended motion for attorney fees pursuant to 28 U.S.C. § 2412(d)(1)(B) (Filing No. 31). Defendant filed a response to the motion and "has no objection to Plaintiff's request for attorney fees under the EAJA in the amount of $4,273.25." (Filing No. 32).

The Court has reviewed the motion and finds that the requested fee is reasonable compensation considering the work done by counsel. Accordingly,

IT IS ORDERED:

1) Plaintiff's amended motion for attorney fees is granted in the amount of $4,273.25 to be paid by the Social Security Administration.

2) Plaintiff's motion for attorney fees (Filing No. 30) is denied as moot.

3) The EAJA fee is payable to plaintiff and may be subject to offset to satisfy any pre-existing debt that the litigant may owe to the United States.

DATED this 10th day of July, 2013.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court